United States Bankruptcy Court
INVOLUNTARY PETITION

| | |
|---|---|
| IN RE<br>Sage Enterprises, Inc. | ALL OTHER NAMES used by debtor in the last 6 years (include married, maiden, and trade names.) |
| TAX I.D. NO. | |
| STREET ADDRESS OF DEBTOR<br><br>Attention: Gary A. Greenberg, President<br>999 Touhy<br>Des Plaines, IL 60018<br><br><br>COUNTY OR RESIDENCE OR<br>PRINCIPAL PLACE OF<br>BUSINESS   Cook | MAILING ADDRESS OF DEBTOR<br>(If different from street address) |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☒ Chapter 7        ☐ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe                              TYPE OF DEBTOR
☐ Debts are primarily consumer debts        ☐ Individual      ☐ Corporation Publicly Held
☒ Debts are primarily business debts        ☐ Partnership    ☒ Corporation Not Publicly Held
 (complete Sections A and B)   ☐ Other

A. TYPE OF BUSINESS (Check one)    B. BRIEFLY DESCRIBE NATURE OF BUSINESS

☐ Professional   ☐ Transportation    ☐ Commodity Broker     Food distribution business
☐ Retail/        ☐ Manufacturing/    ☐ Construction
  Wholesale        Mining            ☐ Real Estate
☐ Railroad       ☐ Stockbroker       ☒ Other

VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor--None | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

ALLEGATIONS
(Check applicable boxes)

1.   ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S
2.   ☒ The debtor is a person against whom an order for relief may be under title 11 of the United States Bankruptcy Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they b unless such debts are the subject of a bona fide dispute.
                         OR
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, a trustee, receiver, or agent appointed or authorized to take charge of l substantially all of the property of the debtor for the purpose of enforci against such property, was appointed or took possession.

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/13/2004
Time: 15:20:32
Debtor: SAGE ENTERPRISES INC
Case: 04-05548   Fee : 209
Chapter: 7  Rec. # : 3062150
Judge: Susan Pierson Sonderby
341 mtg:
Trustee:

1:04BK05548-BK001

/1226619

Name of Debtor Sage Enterprises. Inc.
Case No.
(Court use only)

REQUEST FOR RELIEF

Petitioners request that an order for relief be entered against the debtor under the chapter 7 of title 11, United States Code, specified in this petition.

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

Attorney for Petitioning Creditors

_____   Date: January 13, 2004
Signature of Attorney
Michael L. Gesas
Gesas, Pilati, Gesas & Golin
53 West Jackson Blvd., Suite 528
Chicago, IL 60604
(312) 726-3100

John Lewis, Jr., Esq.
Litigation Counsel
The Coca-Cola Company

_____   Date: December ____, 2003
Petitioner

Michael Kanan
Chairman, Board of Directors
Martin Kanan
President and CEO
King Nut Companies

_____   Date: December ____, 2003
Petitioner

Quincy Sinkler
Sr. Credit Analyst
Frito Lay Customer Financial Services

_____   Date: December ____, 2003
Petitioner

/1226619

Name of Debtor Sage Enterprises. Inc.
Case No.
(Court use only)

## REQUEST FOR RELIEF

Petitioners request that an order for relief be entered against the debtor under the chapter 7 of title 11, United States Code, specified in this petition.

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

Jerry Andrews
Credit Analyst- Foodservice
Sara Lee Foods U.S.

_____   Date: December____, 2003
Petitioner

Juan Mostek
Kellogg Company

_____   Date: December 18, 2003
Petitioner

/1226619

Name of Debtor Sage Enterprises, Inc.
Case No.
(Court use only)

## REQUEST FOR RELIEF

Petitioners request that an order for relief be entered against the debtor under the chapter 7 of title 11, United States Code, specified in this petition.

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

Attorney for Petitioning Creditors

_____    Date: December _____, 2003
Signature of Attorney

Richard S. Lauter
Holland & Knight LLC
131 South Dearborn
30th Floor
Chicago, IL  60661-2511
(312) 326-2600

John Lewis, Jr., Esq.
Litigation Counsel
The Coca-Cola Company

_____    Date: December 19, 2003
Petitioner

Michael Kanan
Chairman, Board of Directors
Martin Kanan
President and CEO
King Nut Companies

_____    Date: December _____, 2003
Petitioner

Quincy Sinkler
Sr. Credit Analyst
Frito Lay Customer Financial Services

_____    Date: December _____, 2003
Petitioner

/1226619

Name of Debtor Sage Enterprises, Inc.
Case No.
(Court use only)

### REQUEST FOR RELIEF

Petitioners request that an order for relief be entered against the debtor under the chapter 7 of title 11, United States Code, specified in this petition.

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

---

Attorney for Petitioning Creditors

_____   Date: December _____, 2003
Signature of Attorney

Richard S. Lauter
Holland & Knight LLC
131 South Dearborn
30th Floor
Chicago, IL 60661-2511
(312) 326-2600

---

John Lewis, Jr., Esq.
Litigation Counsel
The Coca-Cola Company

_____   Date: December _____, 2003
Petitioner

---

Michael Kanan
Chairman, Board of Directors
Martin Kanan
President and CEO
King Nut Companies

_/s/ Michael Kanan_   Date: December 18, 2003
Petitioner

---

Quincy Sinkler
Sr. Credit Analyst
Frito Lay Customer Financial Services

_____   Date: December _____, 2003
Petitioner

Name of Debtor Sage Enterprises, Inc.

Case No.
(Court use only)

## REQUEST FOR RELIEF

Petitioners request that an order for relief be entered against the debtor under the chapter 7 of title 11, United States Code, specified in this petition.

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

Attorney for Petitioning Creditors

_____     Date: December _____, 2003
Signature of Attorney

Richard S. Lauter
Holland & Knight LLC
131 South Dearborn
30th Floor
Chicago, IL 60661-2511
(312) 326-2600

---

John Lewis, Jr., Esq.
Litigation Counsel
The Coca-Cola Company

_____     Date: December _____, 2003
Petitioner

---

Michael Kanan
Chairman, Board of Directors
Martin Kanan
President and CEO
King Nut Companies

_____     Date: December _____, 2003
Petitioner

---

Quincy Sinkler
Sr. Credit Analyst
Frito Lay Customer Financial Services

*/s/ Quincy Sinkler*     Date: ~~December~~ JANUARY 13, 2004
Petitioner

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| John Lewis, Jr., Esq.<br>Litigation Counsel<br>The Coca-Cola Company<br>One Coca-Cola Plaza<br>NAT 2006<br>Atlanta, GA 30313 | Unsecured | $1,128,655.89 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Michael Kanan<br>Chairman, Board of Directors<br>Martin Kanan<br>President and CEO<br>King Nut Companies<br>31900 Solon Road<br>Solon, OH 44139 | Unsecured | $309,682.30 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Quincy Sinkler<br>Sr. Credit Analyst<br>Frito Lay Customer Financial Services<br>Suite 4E-045<br>5080 Spectrum Drive<br>Addison, TX 75001 | Unsecured | $68,500.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Curtis Marshall<br>Director of Credit<br>Sara Lee Foods U.S.<br>10151 Carver Road<br>Cincinnati, OH 45252 | Unsecured | $110,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Juan Mostek<br>Kellogg Company<br>1 Hollow Tree Lane<br>Elmhurst, IL 60126 | Unsecured | $44,644.60 |
| NOTE: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, petitioners' signatures under the statement and the names of attorneys and petitioning creditor information the format above. | | Total Amount of Petitioners' Claims<br>$1,661,482.79 |

# 1462277_v1

/1226619