# EXHIBIT 9

## DISBURSEMENTS

| Date | Disbursements | Value |
|------|---------------|-------|
| 07/18/05 | Chicago Messenger Service Invoice Number: 245423 Invoice Date:  07/24/2005 R LAUTER Del:GARDNER CARTON & DOUGLAS 191   N WACKER DR CHICAGO P/U:SEYFARTH SHAW FAIRWTHR & GRLDS 55   E MONROE ST   CHICAGO | 6.75 |
| 11/17/05 | Chicago Messenger Service Invoice Number: 269008 Invoice Date:  11/20/2005 S LORBER Del:GARDNER CARTON 191   N WACKER DR   CHICAGO P/U:SEYFARTH SHAW FAIRWTHR & GRLDS 55   E MONROE ST   CHICAGO | 7.45 |
| 03/10/06 | Chicago Messenger Service Invoice Number: 287355 Invoice Date:  03/12/2006 S LOBER Del:GARDNER CARTON & DOUGLAS 191   S WACKER DR CHICAGO P/U:SEYFARTH SHAW FAIRWTHR & GRLDS 55   E MONROE ST   CHICAGO | 40.00 |
| 06/06/05 | Copying  $.10 cents per page | 0.80 |
| 06/23/05 | Copying  $.10 cents per page | 1.20 |
| 06/30/05 | Copying  $.10 cents per page | 177.60 |
| 07/18/05 | Copying  $.10 cents per page | 8.80 |
| 07/19/05 | Copying  $.10 cents per page | 169.40 |
| 09/08/05 | Copying  $.10 cents per page | 8.80 |
| 10/18/05 | Copying  $.10 cents per page | 7.60 |
| 10/24/05 | Copying  $.10 cents per page | 2.60 |
| 11/17/05 | Copying  $.10 cents per page | 132.00 |
| 11/18/05 | Copying  $.10 cents per page | 296.00 |
| 01/09/06 | Copying  $.10 cents per page | 1.20 |
| 01/09/06 | Copying  $.10 cents per page | 55.40 |
| 01/20/06 | Copying  $.10 cents per page | 1.20 |
| 01/24/06 | Copying  $.10 cents per page | 4.20 |
| 01/25/06 | Copying  $.10 cents per page | 1.60 |
| 01/26/06 | Copying  $.10 cents per page | 0.80 |
| 02/07/06 | Copying  $.10 cents per page | 45.60 |
| 03/06/06 | Copying  $.10 cents per page | 7.40 |
| 03/09/06 | Copying  $.10 cents per page | 0.10 |

| Date | Disbursements | Value |
|------|---------------|-------|
| 03/10/06 | Copying  $.10 cents per page | 0.60 |
| 03/23/06 | Copying  $.10 cents per page | 43.00 |
| 03/23/06 | Copying  $.10 cents per page | 9.00 |
| 03/27/06 | Copying  $.10 cents per page | 3.90 |
| 03/30/06 | Copying  $.10 cents per page | 105.00 |
| 03/30/06 | Copying  $.10 cents per page | 6.10 |
| 03/31/06 | Copying  $.10 cents per page | 10.00 |
| 04/06/06 | Copying  $.10 cents per page | 5.00 |
| 06/22/05 | Online Research, May 2005 Westlaw | 3.94 |
| 04/13/06 | Online Research-3/06 Westlaw | 22.12 |
| 10/26/05 | Other -  CITI ADVANTAGE BUSINESS CARD misc. costs 10/12/05-PE 10/13/05. | 5.14 |
| 03/15/06 | Other -  SARA E. LORBER 3/2/06 - PAY.GOV - APPLICATION | 250.00 |

**Total Disbursements**                                                                    **$1,440.30**